FILED
15 MAR 30  PM 3:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. ESPARZA and BEATRIZ CARVAJAL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WELK RESORT GROUP, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-1278-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE UNDER FRCP (a)(1)(A)(ii)** |

Plaintiffs Mario A. Esparza and Beatriz Carvajal and Defendant Welk Resort Group, Inc. have filed a Joint Motion to Dismiss with Prejudice. The Motion is **GRANTED**. The action is **DISMISSED with prejudice**. Each party shall bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

DATED: 3/30/15

_____
HON. ROGER T. BENITEZ
United States District Court Judge

14CV1278